UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Lee Flaherty,<br><br>        Plaintiff,<br><br>vs.<br><br>Kristina Schulte, Joel Olejnicak, Matthew Hendrickson and Mark Frederickson, acting in their individual capacities as Duluth Police Officers,<br><br>        Defendants. | Civil File No. 08-CV-5017(PAM/RLE)<br><br>**ORDER FOR DISMISSAL** |

_____

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that this action, including all claims and causes of action, is dismissed with prejudice in its entirety. Each party shall bear its own costs, disbursements and expenses.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July  13 , 2009.          BY THE COURT:

                                          s/Paul A. Magnuson
                                         Paul A. Magnuson, Judge
                                         United States District Court